UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for AMTRUST BANK,<br><br>    Plaintiff,<br><br>v.<br><br>LARRY M. GANDY, SR.; TIFFANY GANDY; and FRANK E. KANE,<br><br>    Defendants. | 2:12-CV-2059-PMP-VCF<br><br>ORDER |

In light of the parties' anticipated mediation in April 2014,

IT IS ORDERED that following the mediation, but no later than May 23, 2014, the parties shall file a joint status report advising the Court of the results of the mediation.

DATED: March 7, 2014

_____
PHILIP M. PRO
United States District Judge