UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, | |
| Plaintiff, | 2:12-cv-02059-PMP-VCF |
| v. | |
| LARRY M. GANDY, SR.; TIFFANY GANDY; and FRANK E. KANE, | ORDER |
| Defendants. | |

On March 7, 2014, the Court ordered the parties to file a joint status report advising the Court of the results of the mediation following the mediation, but no later than May 23, 2014. (Order (Doc. #26).) The parties filed an interim status report (Doc. #27) before the mediation, but the parties have not filed a joint status report regarding the results of the mediation as directed.

IT IS THEREFORE ORDERED that the parties shall file a joint status report advising the Court of the results of the mediation on or before May 27, 2014.

DATED: May 19, 2014

_____
PHILIP M. PRO
United States District Judge