UNITED STATES DISTRICT COURT

**DISTRICT OF NEVADA**

-oOo-

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver on behalf of Amtrust Bank,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LARRY M. GANDY, SR., *et al.*,<br><br>　　　　　Defendants. | 2:12-cv-02059-PMP-VCF<br><br>**ORDER** |

On May 27, 2014, the Parties filed a Joint Status Report (Doc. #31) advising the Court that after mediation, the Parties had settled this case, and that a stipulation for dismissal would be forthcoming. To date, nothing has been filed.

**IT IS THEREFORE ORDERED** that the Parties shall have to and including **August 15, 2014**, to either file their stipulation for dismissal in light of the settlement reached, or to file a further status report advising the Court of the status of this case.

DATED: July 21, 2014.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　PHILIP M. PRO
　　　　　　　　　　　　　　　　　　United States District Judge