UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

|  |  |  |
|---|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver on behalf of Amtrust Bank, | ) ) ) ) | |
| Plaintiff, | ) ) | 2:12-cv-02059-PMP-VCF |
| v. | ) ) | ORDER |
| LARRY M. GANDY, SR., et al., | ) ) | |
| Defendants. | ) ) ) | |

In accord with the parties' Status Reports (Doc. ## 33, 34), filed on August 15, 2014, IT IS ORDERED that this case is DISMISSED with prejudice pursuant to the parties' settlement agreement.

IT IS FURTHER ORDERED that the Court shall retain jurisdiction for an additional sixty days, to and including October 20, 2014, to enable the parties to complete execution and performance of the settlement agreement reached.

DATED: August 18, 2014

_____
PHILIP M. PRO
United States District Judge